**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**CLEVELAND MCPHERSON**
**a.k.a. ABDUL SHAHID ALI, #13781-050**                                **PETITIONER**

**VERSUS**                                              **CIVIL ACTION NO. 5:08-cv-264-DCB-MTP**

**BRUCE PEARSON**                                                       **RESPONDENT**

FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   18th   day of May, 2009.


                                              s/ David Bramlette
                                              UNITED STATES DISTRICT JUDGE